# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DENNIS GEORGE and SARAH GEORGE, for and on behalf of minor child, IG<br><br>Plaintiffs,<br><br>v.<br><br>DAVIS SCHOOL DISTRICT,<br><br>Defendant. | **ORDER DENYING EX PARTE RELIEF**<br><br>Case No. 2:23-cv-00139-JNP<br><br>District Judge Jill N. Parrish |

Before the court is the plaintiffs' ex parte motion for a temporary restraining order (TRO). The court concludes that it may not grant ex parte relief.

In order to issue a TRO without notice and before an adverse party can be heard, the movant must (1) aver "specific facts in an affidavit or a verified complaint [that] clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition" and (2) "the movant's attorney [must] certify[y] in writing any efforts made to give notice and the reasons why it should not be required." FED. R. CIV. P. 65(b). The plaintiffs have not met these requirements because they have not provided an affidavit or verified complaint stating why ex parte relief is necessary and the movant's attorney has not certified in writing why notice should not be required.

Accordingly, the court denies ex parte relief. Once the defendant has been notified, the court is willing to set a hearing during which both parties may be heard.

DATED February 27, 2023.

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge