Joan M. Andrews (7803)
Jeffrey D. Enquist (14634)
Fabian VanCott
95 South State Street, Suite 2300
Salt Lake City, UT 84111
Telephone: (801) 531-8900
Facsimile: (801) 596-2814
jandrews@fabianvancott.com
jenquist@fabianvancott.com

Bradley R. Blackham (8703)
Assistant Utah Attorney General
160 East 300 South, 6th Floor
P.O. Box 140856
Salt Lake City, UT 84114-0856
Telephone: (801) 366-0100
bblackham@agutah.com

*Attorneys for Defendant Davis School District*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **DENNIS GEORGE and SARAH GEORGE** for and on behalf of minor child, **L.G.**<br><br>Plaintiff,<br><br>v.<br><br>**DAVIS SCHOOL DISTRICT,**<br><br>Defendant. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE AND MOTION TO VACATE HEARING AS MOOT**<br><br>Case No. 2:23-cv-00139-JNP<br><br>District Court Judge Jill N. Parrish<br><br>Magistrate Judge Dustin B. Pead |

Pursuant to Rules 7 and 41 of the Federal Rules of Civil Procedure and DUCivR 7-1 and DUCivR 41-1(a), Defendant Davis School District hereby moves to dismiss this case.

**Relief Sought and Grounds for Requested Relief**

Pursuant to Fed. R. Civ. P. 7 and 41, and DUCivR 7-1 and 41-1, the parties stipulate and move to dismiss this matter with prejudice. The parties have agreed upon and entered into a settlement agreement that resolves all claims between the parties. As a result, the parties have stipulated to dismiss this matter with prejudice. Based on this motion and the settlement agreement among the parties, the parties also request the court vacate the hearing on Defendant Davis School District's motion to dismiss for failure to state a claim currently scheduled for December 7, 2023, at 2:00 p.m., as moot.

## Argument

The parties have entered into a global settlement agreement that resolves all claims between the parties. Based on the settlement of the matter between the parties, the parties stipulate to the dismissal of this matter with prejudice. The parties also request the court vacate the hearing on Defendant's motion to dismiss for failure to state a claim scheduled for December 7, 2023, at 2:00 p.m. as moot, since the matter is now resolved in all aspects.

## Conclusion

Based on the aforementioned and the settlement agreement between the parties, the court should enter an order dismissing this matter with prejudice and vacate the scheduled hearing as moot.

DATED this 4th day of December, 2023.

      /s/ Jeffrey D. Enquist
Joan M. Andrews
Jeffrey D. Enquist
Fabian VanCott
*Attorneys for Defendant*

DATED this 4th day of December, 2023.

      /s/ Amy L. Martz
Amy L. Martz
MARTZ LAW
*Attorneys for Plaintiff*
\*Signed by filing attorney with written permission from counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December, 2023, I caused a true and correct copy of the foregoing **STIPULATED MOTION TO DISMISS WITH PREJUDICE AND MOTION TO VACATE HEARING AS MOOT** to be filed with Pacer, the court's electronic filing system, which sent a copy of the filing to the following:

>Amy L. Martz
>MARTZ LAW
>1682 West Reunion Avenue, 4A&B
>South Jordan, Utah 84095
>AmyLMartz@protonmail.com

>>/s/ KaraLynn Nielson